IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01882-REB-MJW

MICAELA LARA, et al,

Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Agreed Protective Order of Confidentiality (docket no. 7) is GRANTED finding good cause shown.  The written Agreed Protective Order of Confidentiality (docket no. 7-2) is APPROVED as amended in paragraphs 11, 12 and 14 and made an Order of Court.

Date:  September 29, 2009