IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01882-REB-MJW

MICAELA LARA, and
COSME LARA MUNOZ,

    Plaintiffs,

v.

HOME DEPOT USA, INC, a Delaware corporation, a/k/a The Home Depot,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation of Dismissal of All Claims** [#22] filed April 14, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal of All Claims** [#22] filed April 14, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for August 20, 2010, is **VACATED**;

3. That the jury trial set to commence September 13, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated April 14, 2010, at Denver, Colorado.

                                          BY THE COURT:

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge